UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. TILLMAN,<br><br>                    Plaintiff,<br>    v.<br><br>CRYSTAL DIXON, *et al.*,<br><br>                    Defendant. | No. C10-5032BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  9th  day of February, 2010.

                                                    Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 1