1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15

CHARLES S. TILLMAN,

                                    Plaintiff,

        v.

CRYSTAL DIXON, et al.,

                                    Defendants.

No. C10-5032 BHS/KLS

ORDER DIRECTING PLAINTIFF TO
PROVIDE SERVICE ADDRESS

16
17
18
19
20
21
22

        This case has been referred to United States Magistrate Judge Karen L. Strombom
pursuant to 28 U.S.C.§636(b)(1) and Local MJR 3 and 4.  Plaintiff has been granted leave to
proceed *in forma pauperis*.  Dkt. 3.  The court directed the U.S. Marshal to serve the named
defendants with Plaintiff's complaint on March 15, 2010.  Dkt. 6.  On April 26, 2010, the U.S.
Marshal filed unexecuted returns of service for Frank San Nicholas, Sylvia Washington and
Crystal Dixon.  Dkts. 10, 11 and 12.

23
24
25
26

        The unexecuted returns of service reflect that the mailings were returned, marked "Not at
this address, Return to Sender."  *Id.*  The Court is not aware of any service addresses for these
defendants.  Because service cannot be effected, personal jurisdiction over Defendants Nicholas,

ORDER - 1

1  Washington and Dixon does not currently exist in this case and the Court has no authority over

2  them at this time.  However, if Plaintiff provides the Court with a current address for Defendants

3  Nicholas, Washington and Dixon, along with properly completed summons and copies of the

4  complaint, the court will direct the United States Marshal to attempt service.

5          The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants.

6  The Clerk is also directed to send to Plaintiff a copy of the court's docket, and summons and

7  marshal forms.  Plaintiff is directed to provide the court with the current addresses, completed

8  summonses and service copies of the complaint **on or before June 4, 2010.**

9

10         DATED this 4th day of May, 2010.

11

12

13

14

15         Karen L. Strombom
            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2