UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. TILLMAN,<br><br>               Plaintiff,<br><br>v.<br><br>CRYSTAL DIXON, et al.,<br><br>               Defendants. | CASE NO. C10-5032BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS |

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 48) and Plaintiff's objections to the R&R (Dkt. 49).

    On May 24, 2011, Plaintiff Charles S. Tillman ("Tillman") filed his first amended complaint in this action alleging civil rights violations regarding his confinement at the Department of Social and Health Services' Special Commitment Center (SCC). Dkt. 20. On August 12, 2011, the Magistrate Judge issued a Report and Recommendation. Dkt. 48. The Magistrate Judge found that Defendants Kenneth Riconoscuito, Trudy Miller, and Frank San Nicolas's motion for summary judgment should be granted. *Id*. On August 31, 2011, Tillman filed a document titled "Response to Report and

Recommendations" which the Court considers to be Tillman's objections to the R&R. However, Tillman's response simply states that he disagrees with the R&R and makes another request to have counsel appointed. *See* Dkt. 49. The Court concludes that Tillman has not effectively objected to the R&R. *See Howard v. Secretary of Health and Human Services*, 932 F.2d 505, 509 (6th Cir. 1991) (stating that a general objection to the entirety of a magistrate's report, without specifying a single issue of contention, "has the same effects as would a failure to object"). Moreover, the Court concludes that Tillman's request for appointment of counsel should be denied for the reasons such request was previously denied multiple times by the Magistrate Judge. *See* Dkts. 17 & 36.

The Court having considered the R&R, Tillman's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The claims against Defendants Kenneth Riconoscuito, Trudy Miller, and Frank San Nicolas action are **DISMISSED with prejudice**.

Dated this 27th day of October, 2011.

BENJAMIN H. SETTLE
United States District Judge