UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. TILLMAN,

          Plaintiff,

v.

CRYSTAL DIXON, et al.,

          Defendants.

CASE NO. C10-5032BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 53. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The claims against Defendants Crystal Dixon and Sylvia Washington are **DISMISSED without prejudice**.

Dated this 2nd day of December, 2011.

          _____
          BENJAMIN H. SETTLE
          United States District Judge

ORDER